**Larry DOUGLAS, Respondent,**

v.

**Kelly DOUGLAS, Appellant.**

**No. ED 102820**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: April 26, 2016

For Appellant: Cynthia M. Howlett 7711 Bonhomme Ave., Ste. 815 Clayton, MO 63105.

For Respondent: Dara M. Strickland 15510 Olive Blvd., Ste. 209 Chesterfield, MO 63017.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM.

Kelly Douglas appeals the dissolution judgment entering a parenting plan and determining the amount of child support due from Larry Douglas. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).